IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

VERA ZHYLKA,                                              No. 03:11-CV-507-HZ

          Plaintiff,                                    JUDGMENT

     v.

MICHAEL J. ASTRUE, Commissioner,
Social Security Administration,

          Defendant.


Based on the record, it is ordered and adjudged that the decision of the Commissioner is affirmed and this case is dismissed.

DATED this 11th day of April, 2012.

                                                   s/Marco A. Hernandez
                                                   MARCO A. HERNANDEZ
                                                   United States District Judge